## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brother T.M. Bey, Sheik § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:17-cv-181 |
| § | |
| North Dakota Department of Human § | |
| Services, Medical Services Division; § | |
| Shanna Mills and Kathy Halse § | |
| § | |
| Defendant(s). | |

## REQUEST TO PLAINTIFF

Upon review, the Clerk notes that you have neglected to file the documents, checked below. Please complete and submit the indicated documents, so that your lawsuit can proceed to the Court for disposition.

☑ Application to Proceed *in forma pauperis* (**local form B**) or $400.00 filing fee

Complete and submit the documents, as marked above, to the office indicated below:

☐ **Office of the Clerk of Court**
**District of ND, Western Division**
**PO Box 1193**
**Bismarck, ND 58502-1193**

☑ **Office of the Clerk of Court**
**District of ND, Eastern Division**
**655 First Avenue North, Suite 130**
**Fargo, ND 58102-4932**

If the Clerk's office does not receive a response from you by 9/18/2017 your original documents will be returned to you as unfiled.